CARL WRIGHT V. THE STATE.

No. 21785. Delivered December 10, 1941.

The opinion states the case.

*H. H. Wellborn,* of Henderson, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for failure to stop and render aid, punishment assessed being a fine of $50.00.

No statement of facts is found in the record. A number of objections to the court's charge were presented. Obviously such objections cannot be appraised without the court being advised as to the facts developed upon the trial.

The judgment is affirmed.